IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**MAURICE JOHNSON**, )<br>)<br>Defendant. ) | No.   **09-20410** |

**ORDER**

Before the Court is the Report and Recommendation ("R&R") of the United States Magistrate Judge Charmaine Claxton (D.E. #43) recommending denial of Defendant Maurice Johnson's ("Defendant") motion to compel the United States of America to produce statements from a potential government witness pursuant to the Jencks Act, 18 U.S.C. §3500, Brady v. Maryland, 375 U.S. 83 (1963), or Rule 16 of the Federal Rules of Criminal Procedure (D.E. #27). Defendant has not filed objections to the R&R. For the reasons stated in the R&R, the Court **ADOPTS** the R&R of the United States Magistrate Judge and **DENIES** Defendant's motion *in limine*.

**IT IS SO ORDERED** this 10th day of September, 2010

s/Bernice Bouie Donald
**BERNICE BOUIE DONALD**
**UNITED STATES DISTRICT COURT**